phone Company. No opinion. Application denied, with $10 costs. Order signed.

COLWELL LEAD CO. v. HOME TITLE INS. CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Colwell Lead Company against the Home Title Insurance Company of New York. No opinion. Motion granted; question certified as stated in order. Order filed. See, also, 138 N. Y. Supp 744.

In re COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) In the matter of the appointment of the Committee on Character and Fitness of Applicants for Admission to the Bar. Hon. John D. Kernan, of Utica, appointed to fill the vacancy in the Fifth judicial district, caused by the death of Fred G. Fincke. No opinion.

CONKLIN, Appellant, v. JARVIS, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Roland R. Conklin against Samuel M. Jarvis. A. Beard, of New York City, for appellant. H. Wollman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CONNOR v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Harry P. Connor against the Board of Education. No opinion. Motion granted. Order filed. See, also, 138 N. Y. Supp. 1112.

CONNOR, Respondent, v. BOARD OF EDUCATION OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Harry P. Connor against the Board of Education of New York. C. McIntyre, of New York City, for appellant. J. E. O'Brien, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 1112.

CONTRACTORS' SUPPLY CO. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by the Contractors' Supply Company against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 242.

CORCORAN, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Mary Corcoran against Thomas Miller and others. J. Marx, of New York City, for appellants. S. Deutsch, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

CORRISH v. PULLMAN CO. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Andrew Corrish against the Pullman Company. No opinion. Application granted. Order signed.

CRAMP v. DADY et al. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Herbert W. Cramp against Chester A. Dady and another.

PER CURIAM. Motion denied, with $10 costs. The court did not overlook the provisions of section 1001 of the Code of Civil Procedure. That applies only to a case where an interlocutory judgment has been entered and "further proceedings must be taken before the court or a judge thereof, or a referee, before a final judgment can be entered." So far as the defendants claiming through Rachel Munroe and Phœbe Hendrickson are concerned, no further proceedings must be taken. By whatever name designated, as to them the judgment is not interlocutory, but final; and Brown v. Feek, 204 N. Y. 238, 97 N. E. 526, is conclusive upon this point. See, also, Matter of the Estate of Halsey, 93 N. Y. 48. See, also, 137 N. Y. Supp. 1116; 138 N. Y. Supp. 1112.

CRAMP v. DADY et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Herbert W. Cramp against Chester A. Dady and others. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Burr. See, also, 138 N. Y. Supp. 1112.

CRAVEN, Respondent, v. ECCENTRIC ASS'N OF ENGINEERS NO. 1 et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Michael J. Craven against the Eccentric Association of Engineers No. 1 and others. E. P. Kilroe, of New York City, for appellants. M. S. Schector, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed. See, also, 148 App. Div. 883, 132 N. Y. Supp. 1125.

CUNNINGHAM, Appellant, v. BARRETT, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Alexander Cunningham against William Barrett, individually and as president of the Adams Express Company. No opinion. Judgment and order unanimously affirmed, with costs.